IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BARBARA V. EVANS f/k/a
BARBARA V. WILLIAMS                                                                                    PLAINTIFF

v.                                        CASE NO. 1:12-cv-01038

J.P. MORGAN CHASE BANK, N.A., *et al.*                                                DEFENDANTS

## JUDGMENT

On February 3, 2014, the Court granted in part and denied in part Plaintiff's Motion for Summary Judgment. ECF No. 53. The Court also granted in part and denied in part Defendants' Cross Motion for Summary Judgment. ECF No. 53. On August 18, 2014, the Court granted in part and denied in part Plaintiff's Motion for Approval of Compensation for Attorneys' Fees and Costs. ECF No. 59. Pursuant to these orders, Plaintiff Barbara V. Evans is awarded $25,400 in damages and $33,673.93 in attorneys' fees and costs. Defendants shall have thirty (30) days from the date of entry of this Judgment to make payment.

**IT IS SO ORDERED**, this 21st day of October, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge